1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DEJAN COWEN,                              No.  2:21-cv-01363-CKD P
12              Plaintiff,
13         v.                                  ORDER
14   UNITED STATES DISTRICT COURT,
15              Defendant.
16
17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18   U.S.C. § 1983, together with a request to proceed in forma pauperis.  The federal venue statute
19   provides that a civil action "may be brought in (1) a judicial district in which any defendant
20   resides, if all defendants are residents of the State in which the district is located, (2) a judicial
21   district in which a substantial part of the events or omissions giving rise to the claim occurred, or
22   a substantial part of property that is the subject of the action is situated, or (3) if there is no district
23   in which an action may otherwise be brought as provided in this action, any judicial district in
24   which any defendant is subject to the court's personal jurisdiction with respect to such action."
25   28 U.S.C. § 1391(b).
26         In this case, none of the defendants reside in this district.  The claim arose at Salinas
27   Valley State Prison, which is in the Northern District of California.  Therefore, plaintiff's claim
28   should have been filed in the United States District Court for the Northern District of California.

1 | In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated:  January 18, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cowe1363.21.docx

2